THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ISRAEL MONTES-AGUIRRE, <br><br> Defendant. | CASE NO. CR17-0299-JCC <br><br> ORDER |

This matter comes before the Court on the Government's motion to dismiss the Indictment against Defendant Israel Montes-Aguirre pursuant to Federal Rule of Criminal Procedure 48 (Dkt. No. 20). Mr. Montes-Aguirre does not oppose the motion. (*Id.*)

The Court hereby GRANTS the motion (Dkt. No. 20), and ORDERS that the Indictment in the case *United States of America v. Israel Montes-Aguirre*, C17-0299-JCC be DISMISSED without prejudice.

DATED this 11th day of January 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE